**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Valerie K. Lanzone,** | |
| **Plaintiff,** | **1:25-cv-05149 (SDA)** |
| **-against-** | **ORDER** |
| **Jean Georges and Frank Gargiulo & Sons Inc. d/b/a Gargiulo Produce,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on June 11, 2026. (*See* 4/6/26 Mem. End., ECF No. 22.) It is hereby ORDERED that, no later than Monday, June 22, 2026, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred to mediation and/or if either side intends to file a dispositive motion. If not, the joint letter shall set forth proposed trial dates and a proposed schedule for the parties to file a Joint Pretrial Order and other pre-trial submissions required by Section IV of Judge Aaron's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
          June 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge