**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Valerie K. Lanzone,**

**Plaintiff,**

**-against-**

**Jean Georges and Frank Gargiulo & Sons Inc. d/b/a Gargiulo Produce,**

**Defendant.**

**1:25-cv-05149 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's August 7, 2026 Order, the parties were to file a joint letter, no later than October 5, 2026, advising the Court as to the outcome of the September 28, 2026 mediation. (8/7/26 Mem. End., ECF No. 27.) Although the parties did not file the required letter, the Court has been advised that the mediation was held but was unsuccessful in resolving any issue in the case. The parties previously informed the Court that neither side intends to file a dispositive motion. (6/18/26 Letter, ECF No. 24.) Accordingly, it is hereby ORDERED that, no later than Tuesday, December 8, 2026, the parties shall file a Joint Pretrial Order in accordance with Section IV of Judge Aaron's Individual Practices.

**SO ORDERED.**

Dated: New York, New York
October 6, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge